# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

HOWARD COHAN,

    Plaintiff,

v.                                            Case No: 8:14-cv-3068-T-30MAP

MAINSTREAM PARTNERS VIII LTD,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Notice of Voluntary Dismissal With Prejudice (Dkt. #3). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 18th day of March, 2015.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record